ACCEPTED
02-15-00311-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
10/5/2015 12:00:00 AM
DEBRA SPISAK
CLERK

Cause Number: 02-15-00311-CV

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
10/5/2015 8:00:00 AM
DEBRA SPISAK
Clerk

IN THE COURT OF APPEALS

SECOND SUPREME JUDICIAL DISTRICT

FORT WORTH, TEXAS

_____

**IN RE: KENN GOLDBLATT, RELATOR**

_____

MOTION TO STAY ALL TRIAL COURT PROCEEDINGS
RELATED TO PETITION FOR WRIT OF MANDAMUS

_____

**KENN GOLDBLATT**
5312 Woodway Drive
Fort Worth, Texas 76133
Phone: (817) 294-3600
E-mail: kenn.goldblatt@gmail.com

PRO SE

October 5, 2015

**TO THE HONORABLE JUDGES OF SAID COURT:**

COMES NOW RELATOR KENN GOLDBLATT with this his Motion to Stay All Proceedings of Trial Court related to his Petition for Writ of Mandamus and would respectfully show the Court the following:

Relator seeks a Writ of Mandamus from actions of Respondent in:

Cause No. 153-270555-14 styled *Viqui Litman, Plaintiff vs. Kenn Goldblatt*, Defendant, in the 153rd District Court, Tarrant County, Texas

Actions by Respondent in refusing to follow the mandated procedure of T.R.C.P. Rule 760 governing suits for partition in Texas have deprived Relator of his appeal rights under the applicable rule.

Because matters decided in a first partition suit decree cannot be reviewed in an appeal from the second judgment of the partition process, Relator will be deprived of appeal rights of the partition process. *Marmion v. Wells*, 246 S.W.2d 704 (Tex.Civ. App.- San Antonio 1952, writ ref'd) citing *White v. Mitchell*, 60 Tex. 164 (1883) and *Ronald Vineyade v. Honerable I. J. Irvin*, 855 S.W.2d 208 (Tx. Crt. App., Dist. 13, Corpus Christi 1993).

Therefore, Relator asks the Court to stay all proceedings in the trial court until the matters presented in his Petition for Writ of Mandamus have been fully and finally adjudicated by this Court.

**PRAYER**

Relator prays that this Court stay all proceeding in the trial court until all matters relating to his Petition for Writ of Mandamus have been fully and finally adjudicated.

Respectfully submitted,

//s//Kenn Goldblatt_____
KENN GOLDBLATT
Relator, *Pro Se*
5312 Woodway Drive
Fort Worth, Texas 76133
Phone: (817) 294-3600
E-mail: kenn.goldblatt@gmail.com

## CERTIFICATE OF CONFERENCE

The undersigned certifies that appellate counsel for Real Party in Interest, John Wolffarth, Esq. was notified of the filing of this petition and he is opposed.

//s//Kenn Goldblatt_____
Kenn Goldblatt

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this brief was served on Respondent, the Honorable Susan Heygood McCoy, 153rd District Court, Tim Curry Justice Center - 7th Floor 401 W. Belknap, Fort Worth, TX 76196-0225 and appellate counsel for Real Party in Interest, John R. Wolffarth, Attorney at Law, Loe, Warren, Rosenfield, Kaitcer, Hibbs, Windsor, Lawrence & Wolffarth, P.C., 4420 West Vickery Boulevard, P.O. Box 100609 Fort Worth, Texas 76185-0609, by personal delivery and e-mail by previous agreement on October 5, 2015.

//s//Kenn Goldblatt_____
Kenn Goldblatt

**VERIFICATION**

STATE OF TEXAS       §

                            §

COUNTY OF TARRANT   §

       BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day appeared Kenn Goldblatt, who having been by me duly sworn, upon his oath state the following:

       "My name is Kenn Goldblatt. I am over the age of eighteen (18) years and am fully competent to make this affidavit. I am Relator in proceeding. I have read the foregoing Motion to stay all proceeding of trial court related to his Petition for Writ of Mandamus and all of the facts stated therein are true and correct and of my personal knowledge."

 

_____
Kenn Goldblatt

SUBSCRIBED AND SWORN TO BEFORE ME on October 5, 2015.

_____
Notary Public, State of Texas

JOY DELL WALLACE
My Commission Expires
July 23, 2018